IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEITH C. BACHTELL and RENEE D. BACHTELL**, as Administrators of the Estate of Jamison Taylor Bachtell, dec'd and in their own right, | Civil No. 1:18-cv-02292 |
| Plaintiffs, | |
| v. | |
| **GENERAL MILLS, INC. and SIGNATURE BRANDS LLC,** | |
| Defendants/ Third Party Plaintiffs. | |
| v. | |
| **FLAIR FLEXIBLE PACKAGING CORPORATION and MANTO INTERNATIONAL LIMITED** | |
| Third-Party Defendants | Judge Sylvia H. Rambo |

# **O R D E R**

Before the court is Signature Brands LLC's Motion for Leave to File Amended Answer with Counter-claim Against Keith C. Bachtell and Renee D. Bachtell. (Doc. 61.) As explained in the corresponding memorandum, it would be futile to permit amendment to add a contribution counterclaim because it is currently unripe. Thus, the motion is **DENIED**.

**IT IS SO ORDERED.**

*/s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge

Dated: January 15, 2020