IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEITH C. BACHTELL and RENEE D. BACHTELL**, as Administrators of the Estate of Jamison Taylor Bachtell, dec'd and in their own right, | Civil No. 1:18-cv-02292 |
| Plaintiffs, | |
| v. | |
| **GENERAL MILLS, INC. and SIGNATURE BRANDS LLC**, | |
| Defendants. | Judge Sylvia H. Rambo |

## **O R D E R**

Before the court is the Joint Motion to Dismiss for Failure to State a Claim filed by Third-Party Defendants Waynesboro Hospital, Summit Health, Michael Coriale, M.D., Cumberland Valley Emergency Associates, Ltd., Christopher Andrews, M.D., and Summit Surgical Group-Waynesboro (collectively, the "Medical Malpractice Defendants").  (Doc. 78.)  For the reasons outlined in the accompanying memorandum, the motion is hereby **GRANTED**.  All claims against the Medical Malpractice Defendants are hereby dismissed **WITH PREJUDICE**.  They are hereby terminated from this action.

> */s/ Sylvia H. Rambo*
> SYLVIA H. RAMBO
> United States District Judge

Dated: August 25, 2020